LAWRENCE E. BROWN, as Substituted Trustee under the Will of AGNES H. ROBINSON, Deceased, Respondent, *v.* CHARLES A. ROBINSON, Individually and as Trustee under the Will of AGNES H. ROBINSON, Deceased, et al., Respondents, and EAGLE INSURANCE COMPANY OF LONDON, ENGLAND, Appellant.

(Submitted December 9, 1918; decided December 13, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 224 N. Y. 301.)

STANDARD SAND AND GRAVEL COMPANY, Respondent, *v.* THE CITY OF NEW YORK et al., Defendants.

THE ROYAL COMPANY OF NEW YORK, Appellant and Respondent, and FREDENBURG & LOUNSBURY, Respondent.

(Submitted December 9, 1918; decided December 13, 1918.)

Motion to amend remittitur denied. (See 224 N. Y. 687.)

THE TRAVELERS INSURANCE COMPANY, Appellant, *v.* LOUIS PADULA COMPANY, INCORPORATED, Respondent.

(Submitted December 9, 1918; decided December 13, 1918.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 224 N. Y. 397.)